COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Karen Sanders, Theodore Chase, Kevin Pever, Hassan Gebara, Lindsey Villanueva, Tamisha Shelton, Kenneth Williams, Timisha Kimble, and Rosemary Ejifor v. Kanti Bansal d/b/a Signaturecare Emergency Center, Round Table Physicians Group, PLLC, Chyna Corallino, and Lisa Snyder

and

Kanti Bansal d/b/a Signaturecare Emergency Center, Round Table Physicians Group, PLLC, Chyna Corallino, and Lisa Snyder v. Karen Sanders, Theodore Chase, Kevin Pever, Hassan Gebara, Lindsey Villanueva, Tamisha Shelton, Kenneth Williams, Timisha Kimble, and Rosemary Ejifor

Appellate case number: 01-18-00508-CV

Trial court case number: 17-DCV-239861

Trial court: 240th District Court of Fort Bend County

The parties to this appeal have filed a Joint Motion to Modify Briefing Schedule and for Leave to Assert Cross-Appeal Points in Appellees Brief. The motion is **denied**.

The appeal will proceed under the applicable Texas Rules of Appellate Procedure. Accordingly, appellants' brief and cross-appellants' brief remain due on September 19, 2018. *See* TEX. R. APP. P. 9.4(i), 38.6(a); *see also id.* 38.6(d). Any appellees' or cross-appellees' brief will be due within 30 days of the filing of an appellant's or cross-appellant's brief. *See id.* 9.4(i), 38.6(b); *see also* 38.6(d). And the parties may file any reply briefs in accordance with Texas Rules of Appellate Procedure 9.4(i)(C) and 38.6(c).

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings

☒  Acting individually     ☐  Acting for the Court

Date:   September 6, 2018